papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–960. LOSS *v.* SUPREME COURT OF ILLINOIS ET AL. Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question.

No. 87–5504. SARLUND *v.* WISCONSIN. Appeal from Sup. Ct. Wis. dismissed for want of substantial federal question.

No. 87–5903. MOYA-GOMEZ *v.* WISCONSIN. Appeal from Ct. App. Wis. dismissed for want of properly presented federal question.

No. 87–653. GOVERNMENT OF THE VIRGIN ISLANDS *v.* JDS REALTY CORP. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded to the Court of Appeals to consider the question of mootness.

No. — – ——. COOPER *v.* RUBIN;
No. — – ——. MARENO *v.* UNITED STATES; and
No. — – ——. AMERICAN PETROFINA COMPANY OF TEXAS *v.* OIL, CHEMICAL & ATOMIC WORKERS INTERNATIONAL UNION, LOCAL NO. 4–23, ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. A–438. PEREZ ET AL. *v.* UNITED STATES. C. A. 11th Cir. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–491. GEORGETOWN UNIVERSITY ET AL. *v.* GAY RIGHTS COALITION OF GEORGETOWN UNIVERSITY LAW CENTER ET AL. C. A. D. C. Cir. Application for stay, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. The orders entered December 24, 1987, and December 31, 1987, in this case are vacated. JUSTICE SCALIA took no part in the consideration or decision of this application.

No. D–666. IN RE DISBARMENT OF KEEHAN. It is ordered that M. Patrick Keehan, of Towson, Md., be suspended from the practice of law in this Court and that a rule issue, returnable